UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Akili S. White

_____

(Enter above the full name of
plaintiff in this action)

v.

John Munley
James Petrucci
Kevin Sweeney
J. Gianlopulos

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 3:25 cv 508
(to be supplied by Clerk
of the District Court)

FILED
HARRISBURG, PA

MAR 20 2025

PER ___JBL___
DEPUTY CLERK

## COMPLAINT

1. The plaintiff Akili S. White a citizen of the County of Lackawanna State of Pennsylvania, residing at 1371 N. Washington ave. Scranton PA. wishes to file a complaint under intentional tort theft (give Title No. etc.) of personal property / civil rights.

2. The defendant is Lackawanna County Drug Task force / and street crime unit of Pennsylvania

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) _____

3. for This vehicle This was intentionally taking to put a Burden on me and my Family This. IT was never any Time I was mentioned That i drove possesed or uTilized This vehicle in any Lesiure or any criminal activity This can is License, insured, and Registerd To me akili S. white The PlanTiff I am a citizen of the state of PA, and United States citizen Born and Naturlized. The 14th amendment ProTects citizens Liberty and personal Properties from Being violated By actors, acting under color of state Law, ITs also 8th amendment violatioon as in cruel and unusaul punishment. and also 4th amendment illegal search and siezure These defendants infringed constitutional Rights That the united states District courts will not Permit. The Burden of proof is open and obvious my personal property was stolen. By the defendents causing me The Plantiff financial Burden causing Real and inrepariable Harm. To me and my family. This is also a deliberate indeffrence. The Defendent Took my car from a set parking space in front of my Residence with out probable cause or search warrant. We were informed By The defendant a month and a half after Repeatily calling and asking about The were abouts of The vehicle. at that Time the cost was un Be grabk for me To pay. Because the Defendent acted outside of there contractual obligations.

3,
    as civil servants in the municipality that employs them. The cause of action from ongoing Financial, Emotional, and mentel Trama. Relinquish as a result of The incedent. In The sum of $250,000.00. and I would like to have a Bench Trial on The incident. Im also Requesting a "Pre Limabany injuction" Requesting a separation order from officer Petrucci. Because prior to this inceda I had a encouter with him in The city of Scranton and had to file a offical complaint with his shift commador. and got no Reply or Further injuctions. he later begin to follow me on several occasion and I feel as a Result of my complaint he Re Talliated and stole my Personnel ProBenty. as a Result I feel as Thou he is a futher threat to me and my families Civil LiBerTies. as united State Citizens. I am asking the Counts to file a Permanen separation To Prevent future Reialiation.

3. (CONTINUED) On August 21 of 2024 my daughter and friend noticed my vehicale a silver nissan maxima (2017) was no longer parked in front of my residence. of 921 south webster ave scranton PA. I was later informed that it had been towed for reasons not known or explaned to mr. Officer sweeney and munley informed Elizebeth Lamoreux That is was towed do to investigation, I never recieved a search and or siezure warrant.

4. WHEREFORE, plaintiff prays that United States District Court Grants Relief in the sum stated and Prelimanary Injunction That This Honorable Court Decm: Just and Proper.

_Akili S. White_
(Signature of Plaintiff)

Akili S. White
(Printed Name of Plaintiff)

1731 N washington ave scranton PA.
(Address of Plaintiff)

(Phone Number of Plaintiff)

LACKAWANNA COUNTY PRISON
NAME Akili S. White
BOOKING# 20 24 02 454
P.O. BOX 247
PHOENIX MD 21131

LEHIGH VALLEY PA 180

18 MAR 2025 PM 3 L

Peter J. Welsh
1501 N 6th Street.
Suite 101
Harrisburg PA 17102

FILED
HARRISBURG, PA
MAR 20 2025
PER _____
DEPUTY CLERK

CONTENTS MAILED FROM
CORRECTIONAL FACILITY

17102-110401